```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 04095
   CHARLES E SMITH JR
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK
      Debtor
   SSN XXX-XX-1865
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
    Final Report and Account of the administration of the estate pursuant to
    11 USC 1302(b)(1).

       1.  The case was filed on 02/08/05 and confirmed on 05/11/05.

       2.  The plan is paid in full.

       3.  The Debtor paid a total of $  34100.00 .

       4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GRP FINANCIAL SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| GRP FINANCIAL SERVICES | MORTGAGE ARRE | 27898.85 | .00 | 27898.85 |
| RESURGENCE FINANCIAL | UNSECURED | 2505.55 | .00 | 2505.55 |

       Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 27898.85 | .00 | 2505.55 | .00 | 30404.40 |
| PRINCIPAL PAID | 27898.85 | .00 | 2505.55 | .00 | 30404.40 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 27898.85 | .00 | 2505.55 | .00 | 30404.40 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC          , was allowed $   2900.00
and was paid $    700.80  direct and $   2199.20  through the plan.

The Trustee received $   1457.55 .

Refunds to the Debtor totaled $      38.85 .

       Wherefore, the Trustee requests an order be entered discharging
    the Trustee and the surety on his bond from any further liability
    in this case.


       Dated: 07/18/08                   /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE

```
                         PAGE   2
     CASE NO. 05 B 04095 CHARLES E SMITH JR
```